**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MILANI a/k/a DENISE TRLICA, JENNIFER ARCHULETA, KATARINA VAN DERHAM, LUCY PINDER, MONICA LEIGH, and URSULA YVONNE SANCHEZ a/k/a URSULA MAYES,<br><br>Plaintiffs,<br>vs.<br><br>BRAVNZEPH, LLC d/b/a BIKINI BAY BAR; and BIKINI BAY BAR LLC d/b/a BIKINI BAY BAR,<br><br>Defendants. | Case No. 2:20-cv-02210-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

COME NOW Plaintiffs, DENISE MILANI a/k/a DENISE TRLICA, JENNIFER ARCHULETA, KATARINA VAN DERHAM, LUCY PINDER, MONICA LEIGH, and URSULA YVONNE SANCHEZ a/k/a URSULA MAYES (collectively "Plaintiffs"), by and through their attorneys of record, and Defendants, BRAVNZEPH, LLC d/b/a BIKINI BAY BAR and BIKINI BAY BAR LLC d/b/a BIKINI BAY BAR ("Defendants"), by and through its attorneys of record, and hereby stipulate and agree to extend the deadline for Plaintiffs to file a Response to Defendant Bravnzeph, LLC d/b/a Bikini Bay Bar's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) up to and including April 29, 2021. Defendant's

1                                                             KRB/26990

Motion to Dismiss was filed on April 1, 2021. *See* ECF No. 7. Last week, Plaintiff's counsel suffered a death in the family Plaintiff's counsel has been helping with the arrangements. The burial and memorial services are this week (April 16 and 17, 2021). Additionally, Plaintiff's counsel has been sick as well, further delaying the drafting and filing of Plaintiffs' Response to Defendant's Motion to Dismiss. The Parties have agreed to extend the deadline for Plaintiff's to file their Response by two weeks, from April 15, 2021 until April 29, 2021.

This stipulation is submitted in compliance with LR IA 6-1.

This is the Parties' first request for extension of this deadline. The Parties affirm that this extension is sought in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: April 15, 2021

ALVERSON TAYLOR SANDERS

By: */s/ David M. Sexton*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
David M. Sexton, Esq.
Nevada Bar No. 14951
6605 Grand Montecito Pkwy, Ste 200
Las Vegas, Nevada 89149
*Attorneys for Plaintiffs*

Dated: April 15, 2021

RESNICK & LOUIS, P.C.

By: */s/ Troy A. Clark*
Troy A. Clark, Esq.
Nevada Bar No. 11361
Myraleigh A. Alberto, Esq.
Nevada Bar No. 14340
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendants*

**ORDER**

Based on the Stipulation of the Parties, and good cause appearing, the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss is hereby extended until April 29, 2021.

**IT IS SO ORDERED.**

DATED April 16, 2021.

_____
UNITED STATES DISTRICT JUDGE

2

KRB/26990