```
ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MILANI a/k/a DENISE TRLICA, JENNIFER ARCHULETA, KATARINA VAN DERHAM, LUCY PINDER, MONICA LEIGH, and URSULA YVONNE SANCHEZ a/k/a URSULA MAYES,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAVNZEPH, LLC d/b/a BIKINI BAY BAR; and BIKINI BAY BAR LLC d/b/a BIKINI BAY BAR,<br><br>Defendants. | Case No. 2:20-cv-02210-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

COME NOW Plaintiffs, DENISE MILANI a/k/a DENISE TRLICA, JENNIFER ARCHULETA, KATARINA VAN DERHAM, LUCY PINDER, MONICA LEIGH, and URSULA YVONNE SANCHEZ a/k/a URSULA MAYES (collectively "Plaintiffs"), by and through their attorneys of record, and Defendants, BRAVNZEPH, LLC d/b/a BIKINI BAY BAR and BIKINI BAY BAR LLC d/b/a BIKINI BAY BAR ("Defendants"), by and through its

attorneys of record, and hereby stipulate and agree to extend the deadline for Plaintiffs to file a Response to Defendant Bravnzeph, LLC d/b/a Bikini Bay Bar's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) up to and including May 21, 2021. Defendant's Motion to Dismiss was filed on April 1, 2021. *See* ECF No. 7. A few days after the Motion was filed, Plaintiff's counsel suffered a death in the family and Plaintiff's counsel was helping with the arrangements. The burial and memorial services were held the next week (April 16 and 17, 2021) out of state. Plaintiff's counsel was also sick during the intervening weeks and the Parties agreed to extend the deadline for Plaintiff's to file their Response by two weeks, from April 15, 2021 until April 29, 2021. That extension was granted by the Court. *See* ECF Nos. 9 & 10. Following that stipulation, Plaintiff's counsel's wife became sick and Plaintiff's counsel was out of the office caring for her and their children. Then another family matter arose that required Plaintiffs' counsel to travel out of state again. During all this, Plaintiffs' counsel was unable to complete and file a Response to the Motion to Dismiss. The Parties have conferred and agreed to submit a separate stipulation to dismiss with prejudice most of the claims and that will be filed concurrently with this stipulation. The Parties have agreed to allow Plaintiffs to have until May 21, 2021 to file a Response to Defendant's Motion to Dismiss.

The Parties also have ongoing settlement discussions and are hopeful that a resolution of this matter may be able to be reached prior to Plaintiffs being required to file a Response to Defendant's Motion to Dismiss. The agreed upon extension, until May 21, 2021, will allow the Parties time to pursue this option and see if an agreement resolving the entire matter can be reached.

This stipulation is submitted in compliance with LR IA 6-1.

///

///

KRB/26990

This is the Parties' second request for extension of this deadline. The Parties affirm that this extension is sought in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 5, 2021 | Dated: May 5, 2021 |
| ALVERSON TAYLOR SANDERS | RESNICK & LOUIS, P.C. |
| By: */s/ David M. Sexton* | By: */s/ Troy A. Clark* |
| Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>David M. Sexton, Esq.<br>Nevada Bar No. 14951<br>6605 Grand Montecito Pkwy, Ste 200<br>Las Vegas, Nevada 89149<br>*Attorneys for Plaintiffs* | Troy A. Clark, Esq.<br>Nevada Bar No. 11361<br>Myraleigh A. Alberto, Esq.<br>Nevada Bar No. 14340<br>8925 West Russell Road, Suite 220<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants* |

### ORDER

Based on the Stipulation of the Parties, and good cause appearing, the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss is hereby extended until May 21, 2021.

**IT IS SO ORDERED.**

DATED May 7, 2021.

_____
UNITED STATES DISTRICT JUDGE

3

KRB/26990