**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENISE MILANI a/k/a DENISE TRLICA, JENNIFER ARCHULETA, KATARINA VAN DERHAM, LUCY PINDER, MONICA LEIGH, and URSULA YVONNE SANCHEZ a/k/a URSULA MAYES,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAVNZEPH, LLC d/b/a BIKINI BAY BAR; and BIKINI BAY BAR LLC d/b/a BIKINI BAY BAR,<br><br>Defendants. | Case No. 2:20-cv-02210-JCM-BNW<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF, DENISE MILANI a/k/a DENISE TRLICA AND DEFENDANTS** |

**NOTICE IS HEREBY GIVEN** that the claims and disputes between Plaintiff, DENISE MILANI a/k/a DENISE TRLICA, and Defendants, BRAVNZEPH, LLC d/b/a BIKINI BAY BAR and BIKINI BAY BAR LLC d/b/a BIKINI BAY BAR have been settled. Plaintiff and Defendants anticipate filing a Stipulation for Dismissal of all remaining claims against Defendants, with prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff provides this Notice as a courtesy to the Court to let the Court know that this

1                                                                                KRB/26990

1 matter has been settled and the Parties expect to file a Stipulation for Dismissal with the Court in
2 the near future.

3       DATED this 7th day of June, 2021.

ALVERSON TAYLOR & SANDERS

*/s/ David M. Sexton*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

**Order**

Based on the parties' notice of settlement (ECF No. 18), IT IS ORDERED that by 8/6/2021 the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 1:05 pm, June 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2       KRB/26990